UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

C.M., individually and on behalf of J.M.P.,
a child with a disability,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

1:20-CV-02217 (PAE)

**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

---

The above matter was stipulated, consented to and agreed on December 24, 2020, by and between the attorneys for plaintiffs in the above-captioned action, C.M. and J.M.P., and attorney for defendants, NEW YORK CITY DEPARTMENT OF EDUCATION, pursuant to which the defendants agreed to pay the sum of FORTY NINE THOUSAND DOLLARS ($49,000.00) in full settlement of the Action, with the parties agreeing that payment within ninety (90) days of the filing of Plaintiff's Notice of Acceptance would be reasonable.

**NOW**, upon motion of the parties, it is

**ADJUDGED**, that pursuant to 20 U.S.C. § 1415(i)(3) and Federal Rule of Civil Procedure 68, the Defendant, the New York City Department of Education, will pay Cuddy Law Firm, PLLC the total sum of FORTY-NINE THOUSAND DOLLARS AND ZERO CENTS ($49,000.00) for Plaintiff's claims in this action.

1

Dated:    New York, New York
          1/14/2021

_____

HON. PAUL A. ENGELMAYER